**Huda IBRAHIM, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

**No. 02–60865.**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2003.

R.S. Ghio, Law Office of R.S. Ghio, Arlington, TX, for Petitioner.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

John Ashcroft, Allen W. Hausman, Thomas Ward Hussey, Director, Joshua E. Braunstein, US Department of Justice, Washington, DC, Anne M. Estrada, US Immigration & Naturalization Service, Dallas, TX, Caryl G. Thompson, US Immigration & Naturalization Service, New Orleans, LA, for Respondent.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Huda Ibrahim petitions for review of the Board of Immigration Appeals's (the Board's) decision affirming an immigration judge's (IJ's) decision to deny her application for asylum, for withholding of deportation, and, alternatively, for voluntary departure. The Board summarily affirmed the IJ's decision pursuant to 8 C.F.R. § 3.1(a)(7). *See Soadjede v. Ashcroft,* 324 F.3d 830 (5th Cir.2003).

Ibrahim's petition for review of the denial of asylum is denied because the IJ's finding that Ibrahim was not a credible witness is supported by substantial evidence. *See Chun v. I.N.S.,* 40 F.3d 76, 78–79 (5th Cir.1994).

Ibrahim has waived any challenge to the Board's denial of her applications for withholding of removal and voluntary departure, by failing to brief them. *See Calderon-Ontiveros v. I.N.S.,* 809 F.2d 1050, 1052 (5th Cir.1986).

The petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.